AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

SERVED

JOSEPH D. WARD

*Plaintiff(s)*

v.   Civil Action No. 1:19-cv-00460

CLIENT RESOLUTION MANAGEMENT, LLC

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLIENT RESOLUTION MANAGEMENT LLC
1675 NIAGARA STREET
BUFFALO, NEW YORK, 14213

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nathan C. Volheim
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

Date: 9/27/19

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00460

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Client Resolution Management LLC
was received by me on *(date)* 09/27/2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Posted to Office Locked Office Door, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* October 11, 2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 18, 2019

*Server's signature*

Michael Hadden - Process Server
*Printed name and title*

350 Main St. Suite 2150
Buffalo, NY 14202
*Server's address*

Additional information regarding attempted service, etc: